U.S. Department of Justice
United States Attorneys

# United States District Court
## for the Southern District of Florida

NO. 20-CR-20009-BB

**UNITED STATES OF AMERICA**

v.

LEMON CLARENCE BENTON,
              Defendant.

Inmate Name: LEMON CLARENCE BENTON

Inmate #: Jail No. 190167433

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

To:   ANY UNITED STATES MARSHAL, and

       WARDEN, Pre Trial Detention Center

It appearing from the petition of the United States of America that the defendant in the above case, Lemon Clarence Benton, Jail No. 190167433, YOB 1979 is confined in the Pre Trial Detention Center at 1321 NW 13th Street Miami, Florida 33125 and that this case is set for an Initial Appearance/Arraignment as to the defendant at C. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, 11th floor Miami, Florida 33128, and that it is necessary for the defendant to be before this Court for this proceeding;

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of Lemon Clarence Benton, Jail No. 190167433, YOB 1979 now in custody as aforesaid, under safe and secure conduct, before this Court at C. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, 11th floor Miami, Florida 33128 by or before, 1:30 P M., on January 22, 2020 for a Initial Appearance/Arraignment on the criminal charges pending against the defendant in this case, and upon completion of all proceedings that you return the defendant with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of Pre Trial Detention Center at 1321 NW 13th Street Miami, Florida 33125 to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the defendant for safe and secure conduct to this district for this purpose.

DONE and ORDERED at Miami, Florida, this 9th day of January, 2020

JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE

cc:   U.S. Attorney (AUSA Kevin Gerarde )
       U.S. Marshal (3 certified copies)
       Chief Probation Officer