AER:ae

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20009-CR-BLOOM

UNITED STATES OF AMERICA,

      Plaintiff

vs.

LEMON CLARENCE BENTON,

      Defendant
_____/

## **NOTICE OF APPEARANCE**

The United States, by and through the undersigned Assistant United States Attorney Adrienne E. Rosen, hereby files this Notice of Appearance as co-counsel for all forfeiture matters on behalf of the Plaintiff, United States of America, in the above-styled case.

      Respectfully submitted,

      ARIANA FAJARDO ORSHAN
      UNITED STATES ATTORNEY

BY:   /s/ *Adrienne E. Rosen*
      Adrienne E. Rosen
      Assistant United States Attorney
      Court Id No. A5502297
      99 N.E. 4th Street, 7TH Floor
      Miami, Florida 33132-2111
      Tel: (305)961-9338
      Fax: (305)536-4089
      Adrienne.Rosen@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 15, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Adrienne E. Rosen*
Adrienne E. Rosen
Assistant United States Attorney