**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-CR-20009-BB**

**UNITED STATES OF AMERICA**

vs.

**LEMON CLARENCE BENTON,**

        **Defendant.**
_____ /

## NOTICE OF APPEARANCE

COMES NOW, The United States of America, by and through the undersigned Assistant United States Attorney, noticing this Honorable Court that the undersigned Assistant U.S. Attorney has been assigned to the above captioned case.

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

By:   s/*Kevin Gerarde*
        Kevin Gerarde
        Special Assistant United States Attorney
        Bar No. 113844
        United States Attorney's Office - SDFL
        99 Northeast Fourth Street, 6th Floor
        Miami, Florida 33132-2111
        Telephone: (305) 961-9086
        Facsimile: (305) 536-4699
        E-mail: Kevin.Gerarde@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 21, 2020, the undersigned electronically filed the foregoing document, United States' Notice of Appearance, with the Clerk of the Court using CM/ECF.

*/s/Kevin Gerarde*
Kevin Gerarde
Special Assistant United States Attorney