# MINUTE ORDER

Page 4

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**          Date: 1/22/2020   Time: 1:30 p.m.

Defendant: __LEMON CLARENCE BENTON__   J#: __26083-104__   Case #: __20-20009-CR-BLOOM__

AUSA: __Kevin Gerarde__          Attorney: __AFPD – Stewart Abrams__

Violation: __POSS/FIREARM/AMMO/CONVICTED FELON__

Surr/Arrest Date: 1/21/2020   YOB: 1979

Proceeding: __Initial Appearance/Arraignment__          CJA Appt: _____

Bond/PTD Held: ⊙ Yes  ⊙ No          Recommended Bond: _____

Bond Set at: _____          Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: __English__

**Disposition:**

Defendant advised of rights and charges

Defendant sworn; AFPD appointed

Govt rec PTD based on risk/flight & danger/community

Defendant arraigned.  Reading of the indictment waived.  Standing Discovery Order entered.  Jury trial demanded.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:          Time:          Judge:          Place:

Report RE Counsel: _____

*PTD Hearing:*          *1/29/20*          *10:00 a.m.*          *Duty/Miami*

Prelim/Arraign or Removal: _____

Status Conference RE: _____

D.A.R. 13:56:03 _____          Time in Court: __8 mins__

s/Lauren F. Louis          Magistrate Judge