# COURT MINUTES

## Magistrate Judge Lisette Marie Reid

Atkins Building Courthouse - 3rd Floor          Date: 1/29/2020    Time: 10:00 a.m.

Defendant: LEMON CLARENCE BENTON    J#: 26083-104    Case #: 20-20009-CR-BLOOM
AUSA: Kevin Gerarde.    Attorney: AFPD Lauren Krasnoff
Violation: POSSESSION OF A FIREARM BY A CONVICTED FELON
Proceeding: Detention Hearing    CJA Appt:
Bond/PTD Held: ☑ Yes  ☐ No    Recommended Bond: TEMP PTD
Bond Set at:    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
*Deft arraigned on 1/22/20

- PTD hrg held
- Detective Arriola sworn & testified
- PTD: Danger to the Community

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:56:02    Time in Court: 35 minutes