UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  20-20009-CR-BLOOM

UNITED STATES OF AMERICA,

    Plaintiff,
v.
LEMON CLARENCE BENTON

    Defendant.
_____/

## NOTICE OF RE-ASSIGNMENT

The Federal Public Defender's Office for the Southern District of Florida gives notice that the above-captioned case has been re-assigned to Assistant Federal Public Defender Kate Taylor.  Please direct any future inquiries, pleadings or correspondence to Ms. Taylor.

    Respectfully Submitted,

    MICHAEL CARUSO
    FEDERAL PUBLIC DEFENDER

By:  *s/Kate Taylor*
    Kate Taylor
    Assistant Federal Public Defender
    Florida Bar No.  A5502484
    150 W. Flagler Street, Suite 1700
    Miami, Florida  33130
    Tel:  305-530-7000/Fax:  305-536-4559
    E-Mail Address: kate_taylor@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **January 31, 2020**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/Kate Taylor
                                                Kate Taylor