**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-20009-BLOOM**

**UNITED STATES OF AMERICA**

**v.**

**LEMON CLARENCE BENTON,**

    **Defendant.**

_____/

## GOVERNMENT'S NOTICE OF INTENT TO USE EVIDENCE PURSUANT TO RULE 404(B)

The United States, by and through the undersigned Special Assistant United States Attorney, files this notice and herein advises the defendant of its intention to introduce evidence of other crimes, wrongs or acts, pursuant to Fed. R. of Evid. 404(b). The government is providing this notice regardless of how it intends to use the evidence of other crimes, wrongs or acts at trial, i.e., during its case-in-chief, for impeachment, or for possible rebuttal. This submission is intended to provide the defendant with the general nature of the evidence of the extrinsic acts. *See United States v. Carrasco*, 381 F.3d 1237 (11th Cir. 2004).

1. The government intends to introduce evidence that on or about January 31, 2017 the defendant was seated in the front passenger seat of a vehicle that had been stopped by officers with the Miami-Dade Police Department for committing a traffic infraction. The officers detected an odor of marijuana coming from the vehicle and asked the driver and the defendant to step out. The defendant refused to exit the vehicle and appeared nervous while reaching between his legs. Eventually the defendant complied with the commands and exited the vehicle. As the defendant exited the vehicle the officer heard something hit the floor of the vehicle, making a thud sound.

1

The defendant was placed in handcuffs for officer safety. The officer looked to see what made the noise and discovered a revolver inside a black sock. The firearm was a Smith & Wesson .22 caliber revolver loaded with five rounds.

          Respectfully submitted,
          ARIANA FAJARDO ORSHAN
          UNITED STATES ATTORNEY
            By:S/Kevin Gerarde
            Kevin Gerarde
            Special Assistant United States Attorney
            Florida Bar No. 113844
            99 N.E. 4th Street, Suite 600
            Miami, Florida 33132
            Telephone No. (305) 961-9086

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Government's Notice of Intent to Introduce Evidence Pursuant to F.R.E 404(b) was sent via CM/ECF on the 18th day of February, 2020 to Kate Taylor.

S/Kevin Gerarde<br>
Kevin Gerarde<br>
Special Assistant United States Attorney