**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CR-20009-BLOOM**

**UNITED STATES OF AMERICA**

**v.**

**LEMON CLARENCE BENTON,**

       **Defendant.**

_____/

**UNITED STATES OF AMERICA'S THIRD**
**RESPONSE TO THE STANDING DISCOVERY ORDER**

The United States hereby files this Second Response to the Standing Discovery Order, which details additional discovery productions since the first Response as follows:

1. On March 6, 2020, the United States provided to the defense the following by AFPD drop box Bates numbered 063-066:

    a. Lemon Benton MDCR calls 11/29/19-1/18/20 (1 cd);

    b. Business Record Certification for Lemon Benton MDCR calls 11/29/19-1/18/20 (3 pages).

The United States is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, <u>Brady</u>, <u>Giglio</u>, <u>Napue</u>, and the obligation to assure a fair trial. The United States reiterates its demand for reciprocal discovery.

                                              Respectfully submitted,

                                              ARIANA FAJARDO ORSHAN
                                              UNITED STATES ATTORNEY

By:   /s/ *Kevin D. Gerarde*
Kevin D. Gerarde
Special Assistant United States Attorney
Florida Bar No. 113844
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9086

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 6, 2020, a true and correct copy of the foregoing was filed with the Court using CM/ECF. I also certify that the foregoing document and the attachments are being served on March 6, 2020 on all counsel of record on the attached Service List in the manner specified.

*/s/ Kevin D. Gerarde*
Kevin D. Gerarde
Special Assistant United States Attorney

### SERVICE LIST
United States v. Benton
Case No. **20-CR-20009-BLOOM**
United States District Court
Southern District of Florida

| Party | Counsel |
|---|---|
| Defendant: Lemon Clarence Benton | Kate Taylor, Esquire<br>Email: Kate_Taylor@fd.org<br>**via Notice of Electronic Filing generated by CM/ECF** |

2