UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20009-CR-BLOOM/LOUIS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LEMON CLARENCE BENTON,

        Defendant.
_____/

## MOTION FOR STATUS CONFERENCE

Lemon Clarence Benton, by and through undersigned counsel, respectfully requests that the Court hold a status conference for Mr. Benton to address the Court. In support thereof he states the following.

1. Mr. Benton is charged with one count of possessing a firearm having previously been convicted of a felony, in violation of 18 U.S.C. §§ 922(g) and 924(e). (DE 1.)

2. A trial is set in this case for April 13, 2020, with a calendar call on April 7, 2020. (DE 18.)

3. Mr. Benton has expressed discontent with undersigned counsel, and that he no longer wishes to have her represent him. He has also requested that he be allowed to address the Court regarding these issues and to request new counsel.

4. To that end, undersigned counsel requests a status conference in this matter so that Mr. Benton may address his concerns with the Court.

1

>Respectfully submitted,
>
>MICHAEL CARUSO
>FEDERAL PUBLIC DEFENDER
>
>BY: s/ ***Kate Taylor***
>Kate Taylor
>Assistant Federal Public Defender
>Special Bar No. A5502484
>150 W. Flagler Street, Suite 1700
>Miami, Florida 33130
>Tel: 305-533-4238/Fax: 305-536-4559
>Email: kate_taylor@fd.org

## CERTIFICATE OF SERVICE

     I HEREBY certify that on **March 13, 2020**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                      s/*Kate Taylor*
                                      Kate Taylor