TRULINCS 26083104 - BENTON, LEMON CLARENCE - Unit: MIM-F-E
--------------------------------------------------------------------------

FROM: 26083104
TO: Text, Free
SUBJECT: MOTION TO REMOVE COUNSEL
DATE: 03/17/2020 08:06:03 PM

FILED BY _____ D.C.
MAR 23 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

United States of America
    Plaintiff,

vs.

Case No. 20-20009-CR-Bloom

Lemon Clarence Benton
    Defendant.
_____/

## MOTION TO REMOVE COUNSEL

    COME NOW, Defendant, pro se, pursuant to Rule 44 of the Federal Rules of Criminal Procedures. Respectfully requesting this Court to remove conflict counsel(Kathleen Taylor).

    The Court appointed counsel has deprived the defendant of his right to effective assistance of counsel, simply by failing to render adequate legal assistance. On numerous occasions, defendant made aware to counsel that his desires was to have a suppression hearing which would challenge the probable cause of his illegal arrest. Counsel has abandoned her duty to advocate for the defendant, she has not displayed any loyalty, and further failing to consult with the defendant on important developments of the prosecution. More so, intending to coerce the defendant into a plea agreement; a violation of his Sixth Amendment right to prepare a defense. Totally, abandonment of her duty as a "defense" attorney, effective assistance.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY, that a true and correct copy of the foregoing was mailed to the Clerk of the Court this 17Th day of MARCH 2020.

Respectfully submitted,

*Lemon C Benton*
Lemon Benton #26083-104
FDC Miami/10 East
Federal Detention Center
P.O. Box 019120
Miami, Florida 33101

LEMON C BENTON #26083-104
FDC MIAMI / 10 EAST
Federal Detention Center
P.O. Box 019120
MiAmi FLoRidA
*33101

Legal Mail

33128-180155

18 MAR 2020 PM 1 L
MIAMI FL 331

United States CourThouse
400 NorTh MiAmi Avenue
MiAmi FLoRidA
*33128



INSPE