UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20009-CR-BLOOM/LOUIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEMON CLARENCE BENTON,

    Defendant.

_____/

**NOTICE OF CONSENT TO APPEAR BY VIDEO
AT APRIL 2, 2020 HEARING/STATUS CONFERENCE**

Lemon Clarence Benton, by and through undersigned counsel, and pursuant to this Court's March 30, 2020, Paperless Order (DE 24), the current global pandemic, Chief Judge K. Michael Moore's March 28, 2020, Administrative Order 2020-2, and §15002(b)(2) of the CARES Act, hereby notifies the Court of his consent to appear via video conference at the hearing/status conference currently scheduled for April 2, 2020, at 9:30am before this Honorable Court.

    Respectfully submitted,

    MICHAEL CARUSO
    FEDERAL PUBLIC DEFENDER

BY:   s/ *Kate Taylor*
    Kate Taylor
    Assistant Federal Public Defender
    Special Bar No. A5502484
    150 W. Flagler Street, Suite 1700
    Miami, Florida 33130
    Tel: 305-533-4238/Fax: 305-536-4559
    Email: kate_taylor@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **April 1, 2020**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                          s/*Kate Taylor*
                                                          Kate Taylor